[Nos. 11371-0-III; 11567-4-III; Division Three. March 14, 1995.]
12803-2-III; 12802-4-III.

*In the Matter of the Detention of*
ROLANDO TORREZ AGUILAR.

THE STATE OF WASHINGTON, *Respondent*, v. ROLANDO
TORREZ AGUILAR, *Appellant*.

*In the Matter of the Personal Restraint of* ROLANDO
TORREZ AGUILAR, *Petitioner*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 90-2-00473-3, Yancey Reser, J., entered
January 24, 1991, together with petitions for relief from
personal restraint. Judgment *affirmed in part* and *remanded*
and petitions *dismissed* by unpublished opinion per
Sweeney, J., concurred in by Thompson, C.J., and Schultheis,
J. Now published at 77 Wn. App. 596.

[Nos. 11883-5-III; 11982-3-III. Division Three. March 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
AGTUCA, *Appellant*.

Appeals from a judgment of the Superior Court for Walla
Walla County, No. 90-1-00246-0, John M. Lyden, J., entered
September 4, 1991. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Thompson, C.J., and Schultheis,
J.

[No. 12556-4-III. Division Three. March 16, 1995.]

EUGENE L. JOHNSON, ET AL, *Respondents*, v. GRANT
COUNTY PUBLIC UTILITY DISTRICT NO. 2, ET AL,
*Appellants*.

Appeal from a judgment of the Superior Court for Grant
County, No. 90-2-00107-1, Larry Larson, J., entered June 10,
1992. *Reversed* and *remanded* by unpublished opinion per
Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.